David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:     (602) 265-3332
Facsimile:     (602) 230-4482

Attorneys for the Plaintiff
Steven Patsy

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Patsy<br><br>                    Plaintiff,<br><br>v.<br><br>Assigned Credit Solutions, Inc.<br><br>                    Defendant. | **Case No.: 2:11-cv-01377-DGC**<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff Steven Patsy and Defendant Assigned Credit Solutions Inc. have just settled the above-entitled matter in its entirety. The parties anticipate filing a Notice of Dismissal, with prejudice, as to the entire lawsuit, no later than 45 days from the date of this Notice. The additional time is needed to fully execute all terms in the settlement agreement.

Date: January 10th, 2011          Hyde & Swigart

                                  By:   /s/ David J. McGlothlin
                                  David J. McGlothlin
                                  Attorneys for the Plaintiff